MELINDA L. HAAG, CSBN 132612
United States Attorney
GRACE M. KIM SBN IL 6203390
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT SBN OH 84088
Special Assistant United States Attorney
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    Email: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BELL,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN[1],<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:12-CV-5738-MEJ<br>_____<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO EXTEND BRIEFING SCHEDULE** |

    Defendant hereby moves for a first extension of time of thirty (30) days, from April 10, 2013 to May 10, 2013, to file her opposition to Plaintiff's motion for summary judgment. This is Defendant's first request for an extension.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No

There is good cause for this extension because Defendant needs additional time to draft and file her brief due to the number and complexity of the issues involved in this case and the heavy workload of Defendant's attorney assigned to this case.

                                        Respectfully submitted,

Date: April 9, 2013

                            By:   /s/ Tom Weathered*
                                  TOM WEATHERED
                                  (*By email authorization on April 9, 2013)

                                  Attorney(s) for Plaintiff

Date: April 10, 2013              MELINDA L. HAAG
                                  United States Attorney
                                  GRACE M. KIM
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                            By:   /s/ Daniel P. Talbert
                                  DANIEL P. TALBERT
                                  Special Assistant United States Attorney

                                  Attorneys for Defendant

                                  ORDER

Pursuant to stipulation, it is so ordered.

DATED: April 10, 2013            _____
                                  HON. MARIA-ELENA JAMES
                                  UNITED STATES MAGISTRATE JUDGE

further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

-2-